IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V., <br>                 Plaintiffs, <br> v. <br><br> SHENZHEN INTELLIROCKS TECH CO., LTD., <br>                 Defendant. | C.A. No. 6:22-cv-00760-ADA <br><br> JURY TRIAL DEMANDED |

**JOINT STIPULATION AND MOTION TO DISMISS WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Signify North America Corporation and Signify Holding B.V. (collectively, "Signify") and Defendant Shenzhen Intellirocks Tech Co., Ltd. ("Intellirocks"), by and through their respective counsel, hereby stipulate to dismissal with prejudice of all claims and counterclaims asserted by Signify against Intellirocks.

The Parties further stipulate that each Party shall bear their own costs and attorney's fees.

Though this dismissal is effective under Fed. R. Civ. P. 41(a)(1)(A)(ii) as it is signed by all parties, the Parties respectfully request that the Court also issue the attached proposed order dismissing the case.

Dated:  November 22, 2023                         Respectfully submitted,

| | |
|---|---|
| */s/ Brady Cox* <br> Adam D. Swain <br> **Alston and Bird LLP** <br> 950 F Street NW <br> Washington, DC 20004 <br> Tel: 202.239.3622 <br> Email: adam.d.swain@gmail.com <br><br> Philip Ducker <br> **Alston & Bird LLP** <br> 560 Mission Street, Suite 2100 <br> San Francisco, CA 94105 <br> Tel:  415.243.1000 | */s/ Robert Benson (with permission)* <br> Jeffrey L. Johnson <br> State Bar No. 24029638 <br> Christopher J. Richart <br> State Bar No. 24033119 <br> **Orrick, Herrington & Sutcliffe LLP** <br> 609 Main, 40th Floor <br> Houston, TX 77002-3106 <br> Tel: (713) 658-6400 <br> Fax: (713) 658-6401 <br> jj@orrick.com <br> crichart@orrick.com |

<table>
<tr><td>

Fax: 415.243.1001
phil.ducker@alston.com

Theodore Stevenson , III
Brady Randall Cox
State Bar No. 24074084
**Alston & Bird, LLP**
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Tel: 214.922.3507
ted.stevenson@alston.com
brady.cox@alston.com

*Attorneys for Plaintiffs Signify North America Corporation and Signify Holdings B.V.*

</td><td>

Robert Benson
**Orrick, Herrington & Sutcliffe LLP**
2050 Main, Suite 1100
Irvine, CA 92614-8255
Tel: (949) 567 6700
Fax: (949) 567 6710
rbenson@orrick.com

Yufeng (Ethan) Ma (*pro hac vice* forthcoming)
**Orrick, Herrington & Sutcliffe LLP**
4703 Park Place, 1601 Nanjing Road West
Shanghai, 200040
People's Republic of China
Tel: +86 21 6109 7000
Fax: +86 21 6109 7022
yma@orrick.com

Mark D. Siegmund
State Bar No. 24117055
**Cherry Johnson Siegmund James, PLLC**
400 Austin Avenue, 9th Floor
Waco, Texas 76701
Telephone: 254.732.2242
Facsimile: 254.627.3509
mark@cjsjlaw.com

*Attorneys for Defendant Shenzhen Intellirocks Tech Co., Ltd.*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 22, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

                                                  */s/ Brady Cox*
                                                  Brady Cox