IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V., <br> Plaintiffs, <br> v. <br> SHENZHEN INTELLIROCKS TECH CO., LTD., <br> Defendant. | § § § § § § § § § | C.A. No. 6:22-cv-00760-ADA <br><br> JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL

The Court, having reviewed the Parties' Joint Stipulation and Motion to Dismiss with Prejudice, finds that the motion should be and is hereby **GRANTED**.

Accordingly, **IT IS ORDERED** that Plaintiffs Signify North America Corporation and Signify Holding B.V.'s claims against Defendant Shenzhen Intellirocks Tech Co., Ltd. are dismissed with prejudice.

**IT IS FURTHER ORDERED** that both sides shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date: November 27th, 2023

_____
The Honorable Alan D Albright
U.S. District Court Judge